UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORTLAND KING,

                Petitioner,                No. 06-CV-14986-DT

vs.                                                     Hon. Gerald E. Rosen

THOMAS G. PHILLIPS,

                Respondent.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    October 22, 2008

PRESENT: Honorable Gerald E. Rosen
                United States District Judge

This matter having come before the Court on the July 30, 2008 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court grant Respondent's Motion to Dismiss and, accordingly, dismiss Petitioner Cortland King's petition for a writ of habeas corpus, with prejudice; and Petitioner having timely filed Objections to the Report and Recommendation; and the Court having reviewed the Magistrate Judge's Report and Recommendation, the Objections thereto, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, the petition for habeas corpus relief should be dismissed; and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 30, 2008 be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Cortland King's petition for habeas corpus relief be, and hereby is DISMISSED, with prejudice.

s/Gerald E. Rosen  
United States District Judge

Dated: October 22, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 22, 2008, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry  
Case Manager